USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/04/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

Plaintiff,

-against-

ORANGE COUNTY, NEW YORK; SGT. SELLERS, SHIELD #105; SGT. HALSTEAL; C.O. OFFICER MURPHY; L.T. GESSNER; SERGEANT JOHN DOE, SHIELD #108,

Defendant(s).

26-CV-6463 (NSR)

**ORDER OF SERVICE**

NELSON S. ROMÁN, United States District Judge:

Plaintiff Robert Pearson, who is currently held as a patient at the Central New York Psychiatric Center, brings this action under 42 U.S.C. § 1983, alleging that Defendants violated his federal constitutional rights when he was a pretrial detainee at the Orange County Jail. The Court construes the complaint as asserting Section 1983 claims for excessive force and unconstitutional conditions of confinement arising from Plaintiff's being denied food, water, and a mattress, and related claims under state law. By order dated September 3, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1] As set forth below, the Court (1) directs service on Defendants; (2) directs the Clerk of Court to add "John Doe Correction Officers 1-10" as Defendants under Rule 21 of the Federal Rules of Civil Procedure; and (3) directs Orange County to assist Plaintiff and the Court in identifying the John Doe defendants.

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

## DISCUSSION

### A. Order of Service

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants Orange County, Sergeant Sellers, Sergeant Halsteal, Correction Officer Murphy, Lieutenant Gessner, and the Sergeant assigned Shield #108 through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

**B. John Doe Correction Officers**

Under Rule 21, the Court, on its own motion, "may[,] at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21; *see Anwar v. Fairfield Greenwich, Ltd.*, 118 F. Supp. 3d 591, 618-19 (S.D.N.Y. 2015) (Marrero, D.J.) (Rule 21 "afford[s] courts discretion to shape litigation in the interests of efficiency and justice."). A court can, under Rule 21, "add[] individual defendants in actions whe[n] the complaint mentions them 'throughout the body of the [c]omplaint' as involved in the underlying alleged events." *Alexander v. City of New York*, No. 25-CV-0284 (RA), 2025 WL 861377, at *1 (S.D.N.Y. Mar. 19, 2025) (quoting *George v. Westchester Cnty. Dep't of Corr.*, No. 7:20-CV-1723 (KMK), 2020 WL 1922691, at *2 (S.D.N.Y. Apr. 21, 2020)). This reflects the intent of Rule 21. *See Truncale v. Universal Pictures Co.*, 82 F. Supp. 576, 578 (S.D.N.Y. 1949) (Kaufman, D.J.) ("In so far as [Rule 21] relates to the addition of parties, it is intended to permit the bringing in of a person who, through inadvertence, mistake or for some other reason, had not been made a party and whose presence as a party is later found necessary or desirable.").

In the complaint, Plaintiff alleges that unidentified correction officers at the Orange County Jail denied him food throughout the days of June 9 through June 11, 2026. Accordingly, and in light of Plaintiff's *pro se* status, the Court directs the Clerk of Court to add "John Doe Correction Officers 1-10" as Defendants in this action, under Rule 21. The addition of these individuals as Defendants in this action is without prejudice to any defenses that these Defendants may assert in this action.

**C. *Valentin* Order**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit Orange County to identify the John Doe Correction Officers whom

Plaintiff alleges denied him meals between June 9 and June 11, 2026.[3] It is therefore ordered that the Orange County Attorney, who is the attorney for and agent of Orange County, must ascertain the identity and badge number of each John Doe whom Plaintiff seeks to sue here and the address where the defendant may be served. The Orange County Attorney must also provide the identity of the Sergeant assigned Shield #108, who Plaintiff also sues here. The Orange County Attorney must provide this information to Plaintiff and the Court within sixty days of the date of this order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the newly identified John Doe defendant(s). The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named John Doe Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

## CONCLUSION

The Clerk of Court is directed to issue a summons for Defendants Orange County, Sergeant Sellers, Sergeant Halsteal, Correction Officer Murphy, Lieutenant Gessner, and the Sergeant assigned Shield #108, complete the USM-285 form with the address for each Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further directed, under Rule 21, to add as Defendants in this action, "John Doe Correction Officers 1-10."

[3] The Court added "John Doe Correction Officers 1-10" as a placeholder; the actual number of correction officers involved may be more or less than ten.

The Clerk of Court is also directed to mail a copy of this order and the complaint to the Orange County Attorney at: 255 Main Street, Goshen, New York 10924.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: September 4, 2026
White Plains, New York

NELSON S. ROMÁN
United States District Judge

## SERVICE ADDRESS FOR EACH DEFENDANT

1. Orange County
   Orange County Attorney
   255 Main Street
   Goshen, NY 10924

2. Sergeant Sellers, Shield #105
   Orange County Jail
   110 Wells Farm Road
   Goshen, NY 10924

3. Sergeant Halsteal
   Orange County Jail
   110 Wells Farm Road
   Goshen, NY 10924

4. Correction Officer Murphy
   Orange County Jail
   110 Wells Farm Road
   Goshen, NY 10924

5. Lieutenant Gessner
   Orange County Jail
   110 Wells Farm Road
   Goshen, NY 10924

6. Sergeant Shield #108
   Orange County Jail
   110 Wells Farm Road
   Goshen, NY 10924

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

______________________________________________
______________________________________________
______________________________________________

*(In the space above enter the full name(s) of the plaintiff(s).)*

**-against-**

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☐ Yes ☐ No
(check one)

**___ Civ. _________ ( )**

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's Name_____________________________________________________________
ID#_______________________________________________________________
Current Institution_____________________________________________________
Address__________________________________________________________
_________________________________________________________________

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name _____________________________________________ Shield #_________
Where Currently Employed ___________________________________________
Address _________________________________________________________
_________________________________________________________________

Defendant No. 2 Name _____________________________________________ Shield #_________
Where Currently Employed ___________________________________________
Address ____________________________________________________________
____________________________________________________________________

Defendant No. 3 Name _____________________________________________ Shield #_________
Where Currently Employed ___________________________________________
Address ____________________________________________________________
____________________________________________________________________

**Who did what?**

Defendant No. 4 Name _____________________________________________ Shield #_________
Where Currently Employed ___________________________________________
Address ____________________________________________________________
____________________________________________________________________

Defendant No. 5 Name _____________________________________________ Shield #_________
Where Currently Employed ___________________________________________
Address ____________________________________________________________
____________________________________________________________________

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
____________________________________________________________________
____________________________________________________________________

B. Where in the institution did the events giving rise to your claim(s) occur?
____________________________________________________________________

C. What date and approximate time did the events giving rise to your claim(s) occur?
____________________________________________________________________
____________________________________________________________________
____________________________________________________________________

D. Facts:_____________________________________________________________

**What happened to you?**

____________________________________________________________________
____________________________________________________________________
____________________________________________________________________

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

Was anyone else involved?

Who else saw what happened?

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)?
_______________________________________________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
_______________________________________________________________________________

1. Which claim(s) in this complaint did you grieve?
_______________________________________________________________________________
_______________________________________________________________________________

2. What was the result, if any?
_______________________________________________________________________________
_______________________________________________________________________________

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
_______________________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). ___________________________________________

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

**VI. Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________________________
Defendants ______________________________________________

2. Court (if federal court, name the district; if state court, name the county) ________________
______________________________________________________________________

_______3. Docket or Index number ______________________________________________

_______4. Name of Judge assigned to your case______________________________________________

5. Approximate date of filing lawsuit ______________________________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition__________________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _______________________________
______________________________________________________________________
______________________________________________________________________

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________________________
Defendants ______________________________________________

2. Court (if federal court, name the district; if state court, name the county) ___________
______________________________________________________________________

_______3. Docket or Index number ______________________________________________

_______4. Name of Judge assigned to your case______________________________________________

5. Approximate date of filing lawsuit ______________________________________________

6. Is the case still pending? Yes ____ No ____
If NO, give the approximate date of disposition_________________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________________
_________________________________________________________________________
_________________________________________________________________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of ______________, 20___.

Signature of Plaintiff _____________________________________

Inmate Number _____________________________________

Institution Address _____________________________________

_____________________________________

_____________________________________

_____________________________________

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _________________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____________________________________