# ORANGE COUNTY DEPARTMENT OF LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/04/2026

**RICHARD B. GOLDEN**
**COUNTY ATTORNEY**

**Carol C. Pierce**
*Deputy County Attorney*

**Municipal Law Division**

TEL: 845-291-3150
FAX: 845-378-2374*

Kellie E. Lagitch *Chief Assistant – Litigation*
Matthew J. Nothnagle *Chief Assistant – Appeals*
Susan L. Whalan *Chief Assistant – Contracts*
Joseph F. Mahoney, Holly L. Reinhardt
Marina V. O'Neill, Donna M. Badura
Lisa M. James, Stephanie T. Midler
Lia E. Fierro, Lisa M. Morgillo
Cedric A. Cooper, William S. Badura
Dante D. De Leo

**Family Law Division**

TEL: 845-291-2650
FAX: 845-360-9161*

Kimberly C. VanHaaster *Chief Assistant – Family Div.*
Peter R. Schwarz, David S. Meffert
Linda P. DaSilva, Stephanie Bazile
Ferol L. Reed-McDermott, Michael Rabiet
Karen A. Amundson, Tammy A. Delile
Eve I. Lincoln, Rebecca McGee
Stephen Toole

MEMO ENDORSED

November 2, 2026

***Via ECF***
The Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**Re: *Valentin* Response & Request to Stay Time to Answer, Etc.**
**Pearson v. Sellers, et al.**
**Case No.: 26-cv-6463 (NSR)**

Dear Judge Román:

This office represents the County of Orange, Sgt. Sellers, Sgt. Halstead, Officer Murphy, Lt. Gessner and "Sergeant John Doe with Shield #108", which is Sgt. (Ret.) Marquez, with respect to the above-captioned matter. The undersigned writes pursuant to Your Honor's Order of Service dated September 4, 2026 directing, *inter alia*, that this office identify "the John Doe Correction Officers whom Plaintiff alleges denied him meals between June 9 and June 11, 2026" along with the addresses where these officers may be served and the badge numbers for each individual.

Based on the undersigned's review of Orange County Correctional Facility records, the officers responsible for and/or were overseeing chow distribution during Plaintiff's mealtimes on June 9, 10 and 11, 2026 are as follows:

1. Officer Jayson Colon-Perez (#132): 110 Wells Farm Road, Goshen, NY 10924

| | |
|---|---|
| 2. Officer Edward Lewis (#556): | 110 Wells Farm Road, Goshen, NY 10924 |
| 3. Sgt. Kyle Mann (#) | 110 Wells Farm Road, Goshen, NY 10924 |
| 4. Sgt. Sean Smith (#130) | 110 Wells Farm Road, Goshen, NY 10924 |
| 5. Officer Jermaine Rankine (#196) | 110 Wells Farm Road, Goshen, NY 10924 |
| 6. Officer Patrick Creegan (#417) | 110 Wells Farm Road, Goshen, NY 10924 |
| 7. Sgt. James Miller (#044) | 110 Wells Farm Road, Goshen, NY 10924 |
| 8. Officer Riccardo Laudato (#551) | 110 Wells Farm Road, Goshen, NY 10924 |
| 9. Officer Skylar Salvatore (#179) | 110 Wells Farm Road, Goshen, NY 10924 |
| 10. Officer Stanley Johnson (#159) | 110 Wells Farm Road, Goshen, NY 10924 |

It is respectfully noted that Plaintiff alleges that he was fed lunch on June 11, 2026, and thus the relevant officer for that time is not included.

In addition, the John Doe Sergeant identified in Plaintiff's complaint with shield #108 is Sergeant (Ret.) Rafael Marquez.

This office received a statement of service by mail from the U.S. Marshals Service dated September 16, 2026 for the other named defendants as well. The undersigned has executed an acknowledgement of receipt by mail of summons and complaint on behalf of the County and the five named officers on October 13, 2026. However, it is respectfully requested that the time to answer, move or otherwise respond in this action be stayed until thirty (30) days after all Defendants in this matter have been served with Plaintiff's amended complaint. We make this request in the interest of the Court's time to avoid having to review and decide upon duplicative motions.

Thank you for your attention to this matter.

Respectfully submitted,

Stephanie T. Midler
Assistant County Attorney

cc: Robert Pearson (*Via Certified Mail-RRR*)
Orange County Correctional Facility
110 Wells Farm Road
Goshen, New York 10924

The Court acknowledges receipt of Defendant's response to the September 4, 2026 Order of Service that required the identity, badge number, and address of each John Doe Defendant, as well as the identity of the Sergeant assigned Shield #108. The Plaintiff is directed to file an amended complaint naming the newly identified Defendants by December 4, 2026. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen it and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named John Doe Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

Defendants' request for a stay of time to answer, move, or otherwise respond is GRANTED. Defendants' deadline to answer, move, or otherwise respond to the amended complaint is stayed until 30 days after all Defendants have been served.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 22, mail a copy of this Endorsement to pro se Plaintiff at his address as listed on ECF, and show proof of service on the docket.

SO ORDERED.

31003223.1

Dated: November 4, 2026
White Plains, NY

Nelson S. Román, U.S. District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_______________________________________________
_______________________________________________
_______________________________________________

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☐ Yes ☐ No
(check one)

**___ Civ. _________ ( )**

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's Name_____________________________________________________________
ID#_______________________________________________________________
Current Institution__________________________________________________
Address___________________________________________________________
__________________________________________________________________

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name ____________________________________________ Shield #_________
Where Currently Employed ___________________________________________
Address ___________________________________________________________
__________________________________________________________________

Defendant No. 2 Name ____________________________________________ Shield #_________
Where Currently Employed ____________________________________________
Address ____________________________________________
____________________________________________

Defendant No. 3 Name ____________________________________________ Shield #_________
Where Currently Employed ____________________________________________
Address ____________________________________________
____________________________________________

**Who did what?**

Defendant No. 4 Name ____________________________________________ Shield #_________
Where Currently Employed ____________________________________________
Address ____________________________________________
____________________________________________

Defendant No. 5 Name ____________________________________________ Shield #_________
Where Currently Employed ____________________________________________
Address ____________________________________________
____________________________________________

**II. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

____________________________________________
____________________________________________

B. Where in the institution did the events giving rise to your claim(s) occur?

____________________________________________

C. What date and approximate time did the events giving rise to your claim(s) occur?

____________________________________________
____________________________________________
____________________________________________

D. Facts:____________________________________________

**What happened to you?**

____________________________________________
____________________________________________
____________________________________________

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

**Was anyone else involved?**

**Who else saw what happened?**

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)?
________________________________________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
________________________________________________________________________

1. Which claim(s) in this complaint did you grieve?
________________________________________________________________________

________________________________________________________________________

2. What was the result, if any?
________________________________________________________________________

________________________________________________________________________

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
________________________________________________________________________
________________________________________________________________________
________________________________________________________________________
________________________________________________________________________

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
__________________________________________________________________
__________________________________________________________________
__________________________________________________________________

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). ______________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**VI. Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________________________________________
Defendants ____________________________________________________________

2. Court (if federal court, name the district; if state court, name the county) ________________
______________________________________________________________________

_______3. Docket or Index number ________________________________________________

_______4. Name of Judge assigned to your case_____________________________________________

5. Approximate date of filing lawsuit ____________________________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition_________________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _______________________________
______________________________________________________________________
______________________________________________________________________

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________________________________________
Defendants ____________________________________________________________

2. Court (if federal court, name the district; if state court, name the county) ___________
______________________________________________________________________

_______3. Docket or Index number ________________________________________________

_______4. Name of Judge assigned to your case_____________________________________________

5. Approximate date of filing lawsuit ____________________________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition___________________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _______________________________

_____________________________________________________________________________

_____________________________________________________________________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _______________, 20___.

Signature of Plaintiff _______________________________________

Inmate Number _______________________________________

Institution Address _______________________________________

_______________________________________

_______________________________________

_______________________________________

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _________________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _______________________________________